JOHN T. WOOD *vs.* WHAT CHEER LODGE, SONS OF ST. GEORGE.

PROVIDENCE—DECEMBER 1, 1896.

Before one can maintain an action against an association to recover benefits alleged to be due him as a member thereof, he must exhaust the remedies provided by the by-laws of the society.

PLAINTIFF'S petition for a new trial of an action wherein he suffered a nonsuit before a jury.

PER CURIAM. The record shows that the plaintiff did not exhaust the remedies provided by the by-laws of the defendant society, as the law requires him to do before bringing suit. See *Whitty* v. *McCarthy et al., ante*, p. 792. We are of the opinion, therefore, that the nonsuit was properly granted.

Exception overruled, and case remitted to the Common Pleas Division with direction to enter judgment for the defendant for costs.

*George Farnell*, for plaintiff.

*Benjamin M. Bosworth*, for defendant.